BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>         v.<br><br>DIEGO RAMIREZ-RAMOS,<br><br>                           Defendant. | CASE NO. 1:14-CR-016 LJO SKO<br><br>JOINT REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE |

The parties, by and through their respective counsel, Assistant United States Attorney Mia. A. Giacomazzi, counsel for plaintiff United States of America, and Assistant Federal Defender Jerome Price, counsel for defendant Ramirez-Ramos, hereby stipulate and jointly request the Court to continue the status conference currently set for March 23, 2015 to April 13, 2015.

The defendant is charged with a violation of 8 U.S.C.§ 1326, being a deported alien found in the United States.  Consistent with the general fast track practice, the parties set this for a status conference before the district court at the initial appearance approximately seven weeks after the initial appearance.  He signed a fast track plea agreement, which was filed on March 12, 2015.  Accordingly, the parties expect that the defendant will change his plea to guilty and request immediate sentencing at the next hearing.  Counsel for both parties have been unavailable to appear at the March 23, 2015 8:00 a.m. hearing, because of out-of-state training and other pre-planned conflicts on March 23, 2015, March 30, 2015, and April 6, 2015.  For these reasons, the parties request the Court to continue the plea and

1

1  sentence to April 13, 2015.

2      The parties agree that the delay resulting from the continuance shall be excluded in the interest of
3  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
4  3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
5  best interests of the public and the defendant in a speedy trial.

Dated: March 18, 2015      BENJAMIN B. WAGNER
    United States Attorney

    /s/ Mia Giacomazzi
    MIA A. GIACOMAZZI
    Assistant United States Attorney

Dated: March 18, 2015

    /s/ Jerome Price
    JEROME PRICE
    ASSISTANT FEDERAL DEFENDER
    Counsel for Defendant

## PROPOSED ORDER

    For good cause appearing, this Court CONTINUES the March 23, 2015 status conference to April 13, 2015 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **March 19, 2015**      **/s/ Lawrence J. O'Neill**
    UNITED STATES DISTRICT JUDGE